AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>OSVALDO ORTIZ-TAMAYO<br>*Defendant* | )<br>)<br>)  Case No. 16-CR-20816-HUCK<br>)<br>)<br>) |

FILED by ___ D.C.
OCT 16 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA. -- MIAMI

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: | DUTY MAGISTRATE<br>301 North Miami Avenue<br>Miami, Florida 33128 | Courtroom No.: | 10th Floor |
|---|---|---|---|
| | | Date and Time: | 10/18/2018 2:00 PM |

This offense is briefly described as follows:




Date: 10/9/2018

*Issuing officer's signature*

Rehan Ahmad, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons   ☐ Returned this summons unexecuted

Date: Oct 11, 2018

*Server's signature*

Mark Delesdernier
*Printed name and title*