UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-20816-CR-HUCK

**UNITED STATES OF AMERICA,**
  Plaintiff

v.

**OSVALDO ORTIZ-TAMAYO,**
USM No. 09602-104
  Defendant
_____/

## AMENDED ORDER REINSTATING SUPERVISED RELEASE AND MODIFYING SPECIAL CONDITIONS

This matter came for hearing pursuant to the Court's Order Setting Final Supervised Release Violation Hearing for November 20, 2018. The defendant, freely and voluntarily admitted to violation Nos. 1, 2 and 3, as set forth in the U.S. Probation Officer's "Petition for Warrant or Summons for Offender Under Supervision," filed October 4, 2018 (ECF No. 28). Based on the Defendant's admission, the Court finds the Defendant has violated the terms and conditions of supervised release. Accordingly, it is hereby

**ORDERED** that the Defendant's Supervised Release is REVOKED with Credit Time Served for ONE day. It is furthered Ordered that the Defendant's term of Supervised Release is set for a new term of 5 YEARS with the following special conditions: The defendant shall perform 1500 hours of community service per year for the first year of supervised release as monitored by the U.S. Probation Officer. After one year and if the defendant is working, he shall perform 1200

hours of community service per year of supervised release as monitored by the U.S. Probation Officer. If the defendant is employed part time, he shall perform a pro-rated number of community service hours per year of supervised release as monitored by the U.S. Probation Officer. All community service hours shall be performed on an annual basis (i.e. no carry over). All other provisions of the Judgment entered March 1, 2017, shall remain in full force and effect.

DONE AND ORDERED in Miami, Florida this 28 day of November, 2018.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:   Counsel of record
      U.S. Probation Division