UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-cr-20816-PCH

**UNITED STATES OF AMERICA**,

v.

**OSVALDO ORTIZ-TAMAYO,**

    Defendant.
_____/

## ORDER ASSIGNING COUNSEL

**THIS CAUSE** is before the Court *sua sponte*. The Court has been informed that the Defendant is alleged to have violated certain supervised release conditions. It does not appear that the Defendant presently has counsel, and, in the interest of justice, the Court has determined that Defendant should have assistance regarding this matter. Accordingly, it is hereby

**ORDERED** that federal public defender Ian McDonald is hereby assigned to assist Defendant with addressing alleged supervised release violations before the Court.

**DONE AND ORDERED** in Miami, Florida on June 26, 2023.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Noticing FPD-MIA
MIA_ECF@FD.org

Ian McDonald
Ian_Mcdonald@FD.org