AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Osvaldo Ortiz-Tamayo<br>*Defendant* | )<br>)<br>)<br>) Case No. 16-20816-CR-HUCK<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | James Lawrence King Federal Justice Building<br>99 N.E. Fourth Street<br>Miami, FL 33132 | Courtroom No.: 11-3 (Before Duty Magistrate) |
|---|---|---|
| | | Date and Time: July 11, 2023 at 1:30 p.m. |

This offense is briefly described as follows:

1. **Violation of Special Condition,** by failing to perform community service hours as directed.

Date: June 27, 2023

*Issuing officer's signature*

Warren Condon, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: 7/5/23

*Server's signature*

Michael T. Wright, USPO
*Printed name and title*

Case No. _____

This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: **Osvaldo Ortiz-tamayo**

Last known residence: **6934 South West 166 Court, Miami, FL, 33143**

Usual place of abode *(if different from residence address)*: **3801 South Ocean Drive, Hollywood, FL, 33019**

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)* **June 27, 2023**.

☒ I personally served the summons on this defendant **Osvaldo Ortiz-tamayo** at *(place)* **299 E Broward Blvd, Federal Building** on *(date)* **7/5/23**; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____, who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: **7/5/23**

*Server's signature*

**Michael C. Wright, USPO**
*Printed name and title*

Remarks: