## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 16-20816-CR-HUCK

**UNITED STATES OF AMERICA**

**vs.**

**OSVALDO ORTIZ-TAMAYO,**

      **Defendant.**

_____/

### <u>NOTICE OF APPEARANCE</u>

The United States of America, through undersigned Assistant United States Attorney, hereby files this Notice of Appearance, requesting that the undersigned be informed of all future filings in the above captioned case.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:    */s/* Sterling M. Paulson
       STERLING M. PAULSON
       Assistant United States Attorney
       Court ID No. A5503032
       99 Northeast 4th Street, 6th Floor
       Miami, Florida 33132-2111
       Telephone: (305) 961-9302
       Email: sterling.paulson@usdoj.gov

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on July 11, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Sterling M. Paulson
STERLING M. PAULSON
Assistant United States Attorney