UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-20816-CR-HUCK

**UNITED STATES OF AMERICA**

v.

**OSVALDO ORTIZ-TAMAYO**

    Defendant.
_____/

## JUDGMENT UPON REVOCATION OF SUPERVISED RELEASE HEARING

**THIS MATTER** came before the Court upon the Final Hearing re: Supervised Release as to Defendant Osvaldo Ortiz-Tamayo. *See* [ECF No. 51]. At the hearing, the Defendant freely and voluntarily admitted to the Violation set forth in the U.S. Probation Officer's Petition for Warrant or Summons for Offender Under Supervision [ECF No. 39], filed June 27, 2023. Based on the Defendant's admission, the Court found that the Defendant had violated the terms and conditions of supervised release.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant Osvaldo Ortiz-Tamayo's Supervised Release is **REVOKED.** The Defendant shall remain on Supervised Release with the following **additional** special conditions:

1. **Community Service:** The Defendant shall perform 50 percent of the community service hours in arrears, in addition to his current obligation. If the U.S. Probation Officer can verify that the Defendant has completed the community service hours he has claimed for the months of May, June, and July, then the Defendant must complete a total of 634 hours of community service. If the Defendant's hours cannot be verified by the U.S. Probation Officer, then the Defendant shall perform

742 hours. If the Defendant fails to comply with the minimum number of hours set forth by the U.S. Probation Officer, the Officer will immediately notify the Court of non-compliance. The Community Service hours must be completed by the end of his supervision scheduled for November 18, 2023.

2. **Home Detention with GPS Monitoring:** The Defendant shall participate in the Home Detention GPS Monitoring Program for the remainder of his term of supervised release. During this time, the Defendant shall remain at his place of residence except for employment and other activities approved in advance, and he shall provide the U.S. Probation Officer with requested documentation. The Defendant shall wear a GPS monitoring device and follow the GPS monitoring procedures as instructed by the U.S. Probation Officer. The Defendant may file a motion asking the Court to consider terminating this condition if, by the end of September 2023, the Defendant has made substantial progress toward completing his community service obligations.

**DONE AND ORDERED** in Miami, Florida on July 26, 2023.

_____
**PAUL C. HUCK**
**SENIOR UNITED STATES DISTRICT JUDGE**

cc:   Counsel of record
      U.S. Probation Division